**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHARON M. THOUROUT,** : | |
| : | **CIVIL ACTION NO. 3:14-1779** |
| **Plaintiff,** : | |
| : | |
| v. : | **(MANNION, D.J.)** |
| : | **(SAPORITO, M.J.)** |
| **MONROE CAREER & TECHNICAL INSTITUTE, THOMAS J. RUSHTON, and TANYA CARMELLA-BEERS,** : | |
| : | |
| **Defendants** : | |

# O R D E R

In accordance with the memorandum issued this same day, and upon consideration of the defendants' motion to dismiss, (Doc. 32), the report and recommendation of Magistrate Judge Joseph F. Saporito, Jr., (Doc. 37), the plaintiff's objections, (Doc. 38), and the defendants brief in opposition, (Doc. 41), **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Saporito is **ADOPTED IN ITS ENTIRETY**.

**IT IS FURTHER ORDERED THAT** the defendants' motion to dismiss, is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The defendants' motion is **DENIED** with respect to the plaintiff's purported failure to comply with procedures set by this court's October 13, 2015 Order, (Doc. 28);

(2) The defendants' motion is **DENIED** with respect to all claims asserted against defendant Monroe Career & Technical Institute;

(3) The defendants' motion is **GRANTED** with respect to all claims against defendants Thomas J. Rushton and Tanya Carmella-Beers acting in their official capacities;

(4) All claims against defendants Thomas J. Rushton and Tanya Carmella-Beers are **DISMISSED WITH PREJUDICE**; and

(5) The Clerk of Court is directed to remand this case to Judge Saporito for further proceedings, including resolution of the plaintiff's September 30, 2016 request to the court, (Doc. 40), which the court construes as a motion to strike pursuant to Federal Rule of Civil Procedure 12(f).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 17, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1779-02-Order.wpd