# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON M. THOUROT, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-cv-01779 |
| v. | (SAPORITO, M.J.) |
| MONROE CAREER & TECHNICAL INSTITUTE, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 23rd day of March, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion for summary judgment (Doc. 66) is **GRANTED**; and

2. The Clerk is directed to enter **JUDGMENT** in favor of the defendant with respect to all of the plaintiff's claims.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge